IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> E. ALAMEIDA, et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CV-F-04-5559 REC/WMW P <br><br> ORDER DISMISSING ACTION, <br> DIRECTING CLERK TO ENTER <br> JUDGMENT FOR DEFENDANTS, AND <br> DENYING MOTION FOR <br> CERTIFICATE OF APPEALABILITY <br> (Doc. 25) |

    On January 30, 2006, United States Magistrate Judge Wunderlich issued an Order dismissing plaintiff's Second Amended Complaint and directing plaintiff to file a Third Amended Complaint within 30 days of service of the Order.

    On February 21, 2006, plaintiff filed a Notice of Appeal and a Motion for Certificate of Appealability.

    The court therefore concludes that plaintiff does not intend to file a Third Amended Complaint and that this action is dismissed.

    The court denies plaintiff's Motion for Certificate of

1

1  Appealability as unnecessary.  Plaintiff's action was brought
2  pursuant to 42 U.S.C. § 1983.  A Certificate of Appealability is
3  required only in connection with appeals in actions seeking
4  habeas corpus relief.
5       ACCORDINGLY:
6       1.  This action is dismissed and the Clerk of the Court is
7  directed to enter judgment for defendants.
8       2.  Plaintiff's Motion for Certificate of Appealability is
9  denied.
10 IT IS SO ORDERED.
11 **Dated:  February 23, 2006**              **/s/ Robert E. Coyle**
   668554                               UNITED STATES DISTRICT JUDGE

2